UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                 Criminal No. 09-cr-59-01-JL

Karl Peterson

O R D E R

  Denied without prejudice. The motion explains nothing about the purpose of the request and makes no reference to the required showing under 28 U.S.C. section 753(f). See *U.S. v. DeSouza*, 1 F. 3d 1231, No. 93-1205 (1st Cir. August 5, 1993); *U.S. v. Horvath,* 157 F.3d 131. The court is surprised -- given that the court imposed the sentence recommended by the prosecutor -- that the US Attorney has assented to the motion, and thus presumably believes that the defendant can make the required showing. Thus, if the US Attorney assents to any renewed motion, the court assumes that the prosecutor will inform the court of the basis for its assent.

  SO ORDERED.

December 30, 2011            /*s/ Joseph N. Laplante*
                        Joseph N. Laplante
                        Chief Judge

cc:  Kenneth P. Glidden, Esq.
   Helen W. Fitzgibbon, AUSA